FILED

APR 17 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 1:24 CR 00130 |
| v. ) | Title 18, United States Code, |
| ) | Sections 2252A(a)(5)(B) and |
| JORDAN DODD, ) | (b)(2) |
| Defendant. ) | JUDGE BRENNAN |

COUNT 1
(Possession of Child Pornography, 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

The Grand Jury charges:

On or about September 26, 2022, in the Northern District of Ohio, Eastern Division, Defendant JORDAN DODD did knowingly possess one Alcatel Smartphone, one LG Smartphone and one LG Smartphone that contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.